

FILED

FEB 11 2020

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 2:20-CR-24 |
| v. | ) | Judge Corker |
| | ) | TO BE FILED UNDER SEAL |
| COREY MICHAEL SHOCKLEY | ) | |

## MOTION TO SEAL

Comes now, the United States of America, by and through J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, the United States requests that this case be placed under seal and remain sealed until the defendant has made an initial appearance before the court, at which time the file may be unsealed unless the court orders otherwise. The sealing of this file should not prevent disclosure of the indictment to duly authorized law enforcement officers or United States Marshals for purposes of arrest or apprehension of the named defendant.

Respectfully submitted,

J. DOUGLAS OVERBEY
United States Attorney

By: s/ B. Todd Martin
B. TODD MARTIN
Assistant U.S. Attorney
BPR: 018785
220 West Depot Street, Ste. 423
Greeneville, TN 37743
todd.martin2@usdoj.gov
423/639-6759