IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: *INITIAL APPEARANCE on Pretrial Revocation Petition/Rev Hrg.*

USA vs __COREY MICHAEL SHOCKLEY__   Date: __July 8, 2020__

Case No. __2:20-CR-24__   Time __1:59-2:33/2:42-2:50 P.M.__

===================================================================

Honorable **CYNTHIA RICHARDSON WYRICK**, U.S. Magistrate Judge, Presiding

| __KIM OTTINGER__ | __DCR__ | __CHRISTIAN LAMPE__ |
|---|---|---|
| Deputy Clerk | Tape/Court Reporter | Asst. U.S. Attorney |

===================================================================

| DEFENDANT(s) | DEFENSE ATTORNEY(s) |
|---|---|
| COREY MICHAEL SHOCKLEY | KAYCEE ROBERTS |

**PROCEEDINGS:**

Defendant sworn

Defendant advised of charges, penalties and rights

Revocation hearing requested

Witness sworn (Shauna McCullough-Walker, USPO)

Oral motion by counsel for defendant to continue-GRANTED

Bond revocation hearing continued until __7/13/20 @ 2:00 p.m.__

Defendant remanded to custody of US Marshal pending bond revocation hearing

I, **Kim Ottinger**, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Grn-DCR_2-20-CR-24_20200708_132424