AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

USA

V.

COREY MICHAEL SHOCKLEY

**EXHIBIT AND WITNESS LIST**

Case Number: 2:20-CR-24

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| WYRICK | CHRISTIAN LAMPE | KAYCEE ROBERTS |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/8/20 | DCR | KIM OTTINGER |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | | | | SHAUNA MCCULLOUGH-WALKER, U.S.P.O |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

Case 2:20-cr-00024-DCLC-CRW   Document 19   Filed 07/08/20   Page 1 of 1   PageID #: 62