IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: *MOTION HEARING*

USA vs **Corey Michael Shockley**     Date: July 13, 2020

Case No. 2:20-CR-24     Time 2:00 to 2:45

Honorable **CYNTHIA RICHARDSON WYRICK**, U.S. Magistrate Judge, Presiding

| Jason C. Keeton | DCR | B. Todd Martin |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

**DEFENDANT**: Corey Michael Shockley via Video Conf.

**DEFENSE ATTORNEY**: Kaycee Marie Roberts via Video Conf.

**PROCEEDINGS:**  RE: Continuation of Bond Revocation Hearing

- [✓] Opening statements by the Court
- [✓] Advised those participating by phone or video that they are not permitted to record or rebroadcast
- [✓] Opening statements by counsel for [✓] defendant; [✓] government
- [ ] Agreement by government counsel to conditions of release
- [✓] Witness(es) sworn [ ] placed under rule    USPO Frank Clardy sworn
- [ ] Oral argument by [ ] government [ ] defendant
- [ ] Proof offered by [ ] government; [ ] defendant
- [ ] Closing statements by [ ] defendant; [ ] government
- [✓] Findings from the bench
- [✓] Defendant to be detained
- [✓] Defendant remanded to custody of U.S. Marshal
- [ ] Bond and conditions of pretrial release set
- [ ] Defendant advised of penalties for violations of pretrial release
- [ ] Defendant remanded to custody for out-processing/pending completion of conditions
- [✓] Order to enter

I, Jason C. Keeton, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file: dcr_2-20-CR-24_20200713_135712